PAYNE, Federal Agent of Railroads, et al. v. BEATY, Co. Treas.

No. 11804—Opinion Filed Nov. 6, 1923.

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

Where the plaintiffs in error have duly filed and served brief in compliance with the rule of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but, where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Bryan County; Geo. S. March, Judge.

Action by John Barton Payne, Agent, and St. Louis-San Francisco Railway Company against Carl Beaty, County Treasurer of Bryan County, State of Oklahoma. Judgment for defendant, and plaintiffs bring error. Reversed.

W. F. Evans, Kleinschmidt & Franklin, and Adelbert Brown, for plaintiffs in error.

Opinion by JARMAN, C. This is an appeal from the district court of Bryan county. The plaintiffs in error filed their brief October 14, 1920. No brief has been filed by the defendant in error and no extension of time has been given to file same and no reason has been assigned by the defendant in error as to why he has not filed brief. The brief of the plaintiffs in error appears to reasonably sustain the assignments of error, and under the rule of this court, the record will not be searched to find some theory upon which the judgment of the lower court may be sustained.

The judgment of the lower court is reversed.

By the Court: It is so ordered.